AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2020

SEAN F. McAVOY, CLERK

CASCADE NATURAL GAS CORPORATION,
a Washington Corporation,

*Plaintiff*

v.

INTERNATIONAL CHEMICAL WORKERS UNION COUNCIL/UFCW LOCAL 121-C,

*Defendant*

Civil Action No.  1:16-cv-3163-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Report and Recommendation, ECF No. 73, is ADOPTED in its entirety. Defendant's Motion for Summary Judgment, and to Remand Remaining Damage Issues to Arbitrator, ECF No. 59, is GRANTED. Defendant's Motion to Strike, ECF No. 66, is DENIED AS MOOT. This matter is REMANDED to the Arbitrator for resolution of remaining issues regarding damages. Judgment entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ on a motion for summary judgment and to remand.

Date:  6/26/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez