AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

<div style="color:red">
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 26, 2020

SEAN F. McAVOY, CLERK
</div>

CASCADE NATURAL GAS CORPORATION,
a Washington Corporation,

_____    )
                        *Plaintiff*          )
        v.                                   )       Civil Action No.   1:16-cv-3163-SMJ
INTERNATIONAL CHEMICAL WORKERS UNION         )
COUNCIL/UFCW LOCAL 121-C,                     )

_____
            *Defendant*

# AMENDED
# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Report and Recommendation, ECF No. 73, is ADOPTED in its entirety.  Defendant's Motion for Summary
Judgment, and to Remand Remaining Damage Issues to Arbitrator, ECF No. 59, is GRANTED.  Defendant's Motion to
Strike, ECF No. 66, is DENIED AS MOOT.  This matter is REMANDED to the Arbitrator for resolution of remaining
issues regarding damages.  Judgment entered for Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ SALVADOR MENDOZA, JR. _____ on a motion for
summary judgment and to remand.

Date:   6/26/2020 _____

                                        *CLERK OF COURT*

                                        SEAN F. McAVOY
                                        _____

                                        s/ Tonia Ramirez
                                        _____
                                                    *(By) Deputy Clerk*

                                        Tonia Ramirez
                                        _____